UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARCO INZUNZA-LOPEZ (1), Defendant. | Case No. 11CR3205-JLS **ORDER AND JUDGMENT OF DISMISSAL OF INDICTMENT** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case No. 11CR3205-JLS against defendant MARCO INZUNZA-LOPEZ be dismissed without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED.

DATED: February 6, 2012

_____
Honorable Janis L. Sammartino
United States District Judge